# UNITED STATES DISTRICT COURT
для для for the
Northern District of Ohio

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Dominic Marian<br><br>_Defendant_ | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:20CR673-001 |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: United States District Court<br>Carl B. Stokes U.S. Court House<br>801 West Superior Avenue<br>Cleveland, Ohio 44113 | Courtroom No.: 19B |
|---|---|
| | Date and Time: 02/25/2025 12:00 pm |

This offense is briefly described as follows:
Supervised Release Violation

Date: 02/13/2025

SANDY OPACICH
_Clerk_

s/Stella Leno-Clifford
_Courtroom Clerk to_
_Judge Patricia A. Gaughan_